UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCOTT,

                              Plaintiff,

        -against-

JOHN DOE,

                              Defendant.

26-cv-1800 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 17, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    April 23, 2026
            New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge